**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                                **CRIMINAL ACTION NO. 2:07CR53**

**DIRECK BLACK**

## ORDER

This cause is before the court on the defendant's Motion for Copies [33]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. In the absence of a pending motion under 28 U.S.C. § 2255 setting forth some factual allegations from which the court can determine and certify that petitioner's claim is not frivolous and that a transcript is necessary to present it effectively, the court has no authority under 28 U.S.C. § 753(f) to provide a free transcript or other copes from the Court file. Accordingly, defendant's Motion for Copies [33] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 20th day of April, 2010.

                                                                     /s/ W. Allen Pepper, Jr.
                                                                     W. ALLEN PEPPER, JR.
                                                                     UNITED STATES DISTRICT JUDGE